IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BIER, Individually and On Behalf of All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **ENDO INTERNATIONAL, PLC, f/k/a Endo Health Solutions, Inc., KANISHKA LIYANAARCHCHIE DE SILVA, TERRANCE J. COUGHLIN, SUSAN HALL and MATTHEW DAVIS** | : : : : : | **NO. 17-3711** |

## ORDER

**NOW,** this 4th day of December, 2017, upon consideration of the Motion of SEB Investment Management AB for Appointment as Lead Plaintiff and Approval of its Selection of Counsel (Document No. 11), and the Declaration of Naumon A. Amjed, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Pursuant to 15 U.S.C. § 78u-4(a)(3)(E), SEB Investment Management AB is appointed lead plaintiff.

2. Kessler Topaz Meltzer & Check, LLP is approved as lead counsel for the class.

/s/TIMOTHY J. SAVAGE