UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>ENDO INTERNATIONAL PLC; ENDO HEALTH SOLUTIONS INC.; PAUL V. CAMPANELLI; BLAINE T. DAVIS; MATTHEW W. DAVIS; RAJIV KANISHKA LIYANAARCHCHIE DE SILVA; IVAN GERGEL; SUSAN HALL; DAVID P. HOLVECK; ALAN G. LEVIN; JULIE H. MCHUGH; SUKETU P. UPADHYAY; DANIEL A. RUDIO; ROGER H. KIMMEL; SHANE M. COOKE; JOHN J. DELUCCA; ARTHUR J. HIGGINS; NANCY J. HUTSON; MICHAEL HYATT; WILLIAM P. MONTAGUE; JILL D. SMITH; and WILLIAM F. SPENGLER,<br><br>Defendants. | Civ. A. No. 2:17-CV-3711-TJS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, Defendants Endo International plc, Endo Health Solutions Inc., Paul V. Campanelli, Blaine T. Davis, Matthew W. Davis, Rajiv Kanishka Liyanaarchchie De Silva, Ivan Gergel, Susan Hall, David P. Holveck, Alan G. Levin, Julie H. McHugh, Suketu P. Upadhyay, Daniel A. Rudio, Roger H. Kimmel, Shane M. Cooke, John J. Delucca, Arthur J. Higgins, Nancy J. Hutson, Michael Hyatt, William P. Montague, Jill D. Smith, and William F. Spengler (collectively, "Defendants") hereby move the Court for the entry of an Order dismissing Plaintiff's Amended Complaint with prejudice.  In support of this Motion, Defendants concurrently submit a Memorandum of Law, with attached exhibits, and a Proposed Order.

Defendants respectfully request oral argument in connection with this Motion.

Dated:  April 2, 2018  　　　　　　　　　　Respectfully submitted,

**LATHAM & WATKINS LLP**

By:  /s/  Jeff G. Hammel
Miles N. Ruthberg (*pro hac vice*)
James E. Brandt (*pro hac vice*)
Jeff G. Hammel (*pro hac vice*)
Thomas Giblin (*pro hac vice*)
885 Third Avenue
New York, New York  10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
miles.ruthberg@lw.com
james.brandt@lw.com
jeff.hammel@lw.com
thomas.giblin@lw.com


J. Gordon Cooney, Jr. (No. 42636)
Laura Hughes McNally (No. 310658)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
gordon.cooney@morganlewis.com
laura.mcnally@morganlewis.com


*Attorneys for Defendants*