# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEB INVESTMENT MANAGEMENT AB, Individually and On Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| ENDO INTERNATIONAL, PLC, SUSAN HALL, ENDO HEALTH SOLUTIONS INC., PAUL V. CAMPANELLI, BLAINE T. DAVIS, MATTHEW W. DAVIS, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, IVAN GERGEL, DAVID P. HOLVECK, ALAN G. LEVIN, JULIE H. MCHUGH, SUKETU P. UPADHYAY, DANIEL A. RUDIO, ROGER H. KIMMEL, SHANE M. COOKE, JOHN J. DELUCCA, NANCY J. HUTSON, MICHAEL HYATT, WILLIAM P. MONTAGUE, JILL D. SMITH and WILLIAM F. SPENGLER | : : : : : : : : : : : : | NO. 17-3711 |

## ORDER

**NOW**, this 10th day of December, 2018, upon consideration of the defendants' Motion to Dismiss the Amended Complaint (Document No. 37), the plaintiff's response, the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss claims against Susan Hall, Paul V. Campanelli, Matthew Davis and David P. Holveck, the motion is **GRANTED**.

2. All claims against Susan Hall, Paul V. Campanelli, Matthew Davis and David P. Holveck are **DISMISSED**.

3. In all other respects, the motion is **DENIED**.

4. The remaining defendants shall file an answer to the amended complaint no later than **December 31, 2018**.

                                                    /s/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE, J.