IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEB INVESTMENT MANAGEMENT AB,** | : | **CIVIL ACTION** |
| **Individually and On Behalf of** | : | |
| **All Others Similarly Situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ENDO INTERNATIONAL, PLC,** | : | |
| **SUSAN HALL, ENDO HEALTH** | : | |
| **SOLUTIONS INC., PAUL V. CAMPANELLI** | : | |
| **BLAINE T. DAVIS, MATTHEW W. DAVIS,** | : | |
| **RAJIV KANISHKA LIYANAARCHCHIE DE** | : | |
| **SILVA, IVAN GERGEL, DAVID P.** | : | |
| **HOLVECK, ALAN G. LEVIN, JULIE H.** | : | |
| **MCHUGH, SUKETU P. UPADHYAY,** | : | |
| **DANIEL A. RUDIO, ROGER H. KIMMEL,** | : | |
| **SHANE M. COOKE, JOHN J. DELUCCA,** | : | |
| **NANCY J. HUTSON, MICHAEL HYATT,** | : | |
| **WILLIAM P. MONTAGUE, JILL D.** | : | |
| **SMITH and WILLIAM F. SPENGLER** | : | **NO. 17-3711** |

## SCHEDULING ORDER

**NOW**, this 26th day of February, 2019, it is **ORDERED** as follows:

1.      Defendants shall file their answer to the amended complaint no later than

**March 8, 2019**.

2.      Plaintiff shall file its motion for class certification no later than **May 22, 2019**.

3.      Defendants' response to the plaintiffs' motion for class certification shall be

filed no later than **June 12, 2019**.

4.      Plaintiffs shall file their reply to the defendants' response no later than **June**

**28, 2019**.

5.      All fact discovery shall be completed no later than **September 20, 2019**.

6.      Counsel for each party shall serve upon counsel for every other party the

information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or

answer to expert interrogatory no later than **October 25, 2019**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve the information on counsel for every other party no later than **November 15, 2019**.   Expert depositions, if any, shall be concluded no later than **December 20, 2019**.

7.      *Daubert* motions, if any, shall be filed no later than **January 10, 2020**. Responses shall be filed no later than **January 24, 2020**.  *Daubert* challenges will be waived unless a timely motion under this paragraph is filed.

8.      Motions for summary judgment shall be filed no later than **January 24, 2020**.  Responses shall be filed no later than **February 14, 2020**.  Replies shall be filed no later than **February 25, 2020**.  Motions for summary judgment and responses shall be filed in the form prescribed in Judge Savage's Scheduling and Motion Policies and Procedures, specifically:

(a)     The movant shall file a Statement of Undisputed Facts which sets forth, in numbered paragraphs, each material fact which the movant contends is undisputed;

(b)     The respondent shall file a separate Statement of Disputed Facts, responding to each numbered paragraph set forth in the Statement of Undisputed Facts, which the respondent contends presents a genuine disputed issue.  The respondent shall also set forth, in separate numbered paragraphs, each additional fact which the respondent contends precludes summary judgment;

(c)     All material facts set forth in the Statement of Undisputed Facts served by the movant shall be deemed undisputed unless specifically controverted by the opposing party;

(d)     Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each statement.  Each stated fact shall cite the source relied upon, including the title, page and line of the document supporting each statement.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.