**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SEB INVESTMENT MANAGEMENT AB,** | : | **CIVIL ACTION** |
| **Individually and On Behalf of** | : | |
| **All Others Similarly Situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ENDO INTERNATIONAL, PLC,** | : | |
| **SUSAN HALL, ENDO HEALTH** | : | |
| **SOLUTIONS INC., PAUL V. CAMPANELLI** | : | |
| **BLAINE T. DAVIS, MATTHEW W. DAVIS,** | : | |
| **RAJIV KANISHKA LIYANAARCHCHIE DE** | : | |
| **SILVA, IVAN GERGEL, DAVID P.** | : | |
| **HOLVECK, ALAN G. LEVIN, JULIE H.** | : | |
| **MCHUGH, SUKETU P. UPADHYAY,** | : | |
| **DANIEL A. RUDIO, ROGER H. KIMMEL,** | : | |
| **SHANE M. COOKE, JOHN J. DELUCCA,** | : | |
| **NANCY J. HUTSON, MICHAEL HYATT,** | : | |
| **WILLIAM P. MONTAGUE, JILL D.** | : | |
| **SMITH and WILLIAM F. SPENGLER** | : | **NO. 17-3711** |

**ORDER**

**NOW**, this 25th day of June, 2019, upon consideration of the parties' Stipulation,

it is **ORDERED** that:

1.      Lead Plaintiff shall file its opposition to defendants' motion to exclude the

expert opinion of Joseph R. Mason, Ph.D. no later than **June 28, 2019**; and,

2.      Defendants shall file their reply in further support of their motion to exclude

the expert opinion of Joseph R. Mason, Ph.D. no later than **July 10, 2019**.

/s/ TIMOTHY J. SAVAGE J.