UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDO INTERNATIONAL PLC, *et al.*,<br><br>Defendants. | Civ. A. No. 2:17-CV-3711-TJS<br><br>ELECTRONICALLY FILED |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Pursuant to Federal Rule of Civil Procedure 23(h), Lead Counsel, Kessler Topaz Meltzer & Check, LLP, hereby moves this Court, before the Honorable Timothy J. Savage, on December 11, 2019 at 10:00 a.m. in Courtroom 9A of the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA, 19106, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of Litigation Expenses.[1]

This Motion is based upon the accompanying Declaration of Sharan Nirmul in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Certification of Settlement Class to Effectuate the Settlement; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the Memorandum of

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated August 22, 2019.

1

Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and all other papers and proceedings herein.

Dated:  November 1, 2019

Respectfully submitted,

**KESSLER TOPAZ MELTZER  & CHECK, LLP**

*s/ Sharan Nirmul*
Sharan Nirmul (PA # 90751)
Johnston de F. Whitman, Jr. (PA # 207914)
Michelle M. Newcomer (PA # 200364)
Margaret E. Mazzeo (PA # 312075)
Evan R. Hoey (PA # 324522)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
jwhitman@ktmc.com
mnewcomer@ktmc.com
mmazzeo@ktmc.com
ehoey@ktmc.com

*Counsel for Lead Plaintiff SEB Investment Management AB and the Settlement Class*

3

**CERTIFICATE OF SERVICE**

     I, Sharan Nirmul, hereby certify that on November 1, 2019, a true and correct copy of the foregoing motion and supporting documents has been electronically filed with the Clerk of Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's ECF system to all counsel of record.

                                          *s/ Sharan Nirmul*
                                          Sharan Nirmul